FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 14  AM 10: 56

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JIMMY ANFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV606-034 |
| | ) | |
| MARTHA C. KIRKLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.   Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _14th_ day of ___July___ , 2006.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**